1  BENJAMIN B. WAGNER
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California  93721
4  Telephone: (559) 497-4000

**FILED**
JUL 26 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

1:12 MJ 00223 BAM 

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) ORDER SEALING ARREST WARRANT, |
| v. | ) CRIMINAL COMPLAINT, APPLICATION |
|  | ) AND ORDER |
| Angel Rene PIEDRA-Vazquez, | ) |
| aka Angel VAZQUEZ, | ) |
|  | ) **Under Seal** |
| Defendant. | ) |
|  | ) |

The United States of America has applied to this Court for an Order permitting it to file the Criminal Complaint, Arrest Warrant, Application, and this Order in the above-captioned case, in camera under seal. Upon consideration of the application and the entire record herein,

IT IS HEREBY ORDERED that the Criminal Complaint, Arrest Warrant, Application, and this Order in the above-entitled proceedings shall be filed with this Court in camera under seal and shall not be disclosed to any person unless otherwise Ordered by this Court.

DATED: July 26, 2012

_____
BARBARA McAULIFFE
U.S. Magistrate Judge

1