BARBARA HOPE O'NEILL #102968
Attorney at Law
2014 Tulare Street, Suite 510
Fresno, California  93721
Telephone:  (559) 459-0655

Attorney for Angel Rene Piedra-Vasques

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE No.  1:12-CR-0258 LJO |
| | ) | |
| | ) | |
| Plaintiff, | ) | DEFENDANT PIEDRA-VASQUES' |
| | ) | REQUEST TO JOIN MOTION IN |
| | ) | RELATED CASE # 1:12CR0221 BY |
| vs. | ) |  DEFENDANT ANTONIO BECERRA- |
| | ) |  SANCHEZ |
| | ) | |
| ANGEL RENE PIEDRA-VASQUES | ) | Date: February 11, 2013 |
| | ) | Time: 11:00 a.m. |
| Defendant. | ) | Hon. Lawrence J. O'Neill |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that at the time, date and place above noted, or as soon thereafter as the matter may be heard before the Honorable Lawrence J. O'Neill, United States District Court Judge, Defendant Angel Piedra-Vasques, by and through his undersigned  counsel, will and does hereby request leave to join in the following motion filed by Defendant Antonio Becerra-Sanchez, in a related case, number 1:12CR0234 LJO-SKO: Notice of Motion and Motion to Suppress Evidence, and Points and Authorities in Support of Motion and Declaration of W. Scott Quinlan in Support of Motion to Suppress.  This request is made on the grounds that there are common

questions of law and fact in all said motions and joinder is in the interest of judicial economy.

    Becerra-Sanchez and the defendant were roommates. As detailed in Becerra-Sanchez' motion they shared the trailer in question and stand in the same position as far as the suppression motion is concerned.

DATED:       January 15, 2013.       Respectfully submitted,


        /s/ Barbara Hope O'Neill
        Barbara Hope O'Neill
        Attorney for
        Angel Rene Piedre-Vasques


ORDER

    IT IS ORDERED that as Angel Rene Piedra-Vasques and Antonio Becerra-Sanchez are charged in related cases numbered: 1:12CR0258 LJO-SKO and 1:12CR0234 LJO-SKO, and Antonio Becerra-Sanchez has filed a motion to suppress which is calendared for a suppression hearing on February 11, 2013, and as counsel contends that the motion will address the same issues with the same facts as to both defendants, Angel Rene Piedra-Vasques be allowed to join the motion filed by Antonio Becerra-Sanchez in the related case.

-3-

1
2
3   IT IS SO ORDERED.
4       Dated:   **January 15, 2013**                    **/s/ Lawrence J. O'Neill**
                                                     UNITED STATES DISTRICT
5   JUDGE
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case 1:12-cr-00258-LJO-SKO   Document 26   Filed 01/16/13   Page 3 of 3