```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                     EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,     )   1:12-cr-00258 LJO-SKO
                                  )
12             Plaintiff,         )   MOTION TO DISMISS AND
        v.                        )   ORDER
13                                )
    ANGEL RENE PIEDRA-VASQUES,    )
14                                )
               Defendant.         )
15  _____)
```

16    The United States, by and through its undersigned counsel,
17 hereby moves to dismiss the remaining count based on the
18 suppression of evidence.

19 DATED: March 25, 2013                Respectfully submitted,

20                                      BENJAMIN B. WAGNER
                                        United States Attorney
21

22                                By:  /s/ Karen A. Escobar
                                       KAREN A. ESCOBAR
23                                     Assistant U.S. Attorney

24
                                O R D E R
25
   IT IS SO ORDERED.
26
   **Dated:   March 25, 2013**           **/s/  Lawrence J. O'Neill**
27                                       UNITED STATES DISTRICT JUDGE

28

1